# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| Carol P. J. P., | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:22-cv-00356-RJC-DSC |
| | ) | |
| vs. | ) | |
| | ) | |
| Truliant Federal Credit Union | ) | |
| Blue Cross Blue Shield of North Carolina | ) | |
| Truliant Federal Credit Union Employee Health Plan, | ) | |
| | ) | |
| Defendant(s). | | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's February 17, 2023 Order.

February 17, 2023

_Frank G. Johns_
Frank G. Johns, Clerk
United States District Court